

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2016

No. 04-16-00682-CV

**IN THE MATTER OF A.P.R. AND J.C.R., CHILDREN**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-06574
Honorable Michael E. Mery, Judge Presiding

# O R D E R

A filing fee of $205.00 was due when Abel Castillo Rodriguez filed his notice of appeal, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 159158, Aug. 28, 2015). The clerk of the court notified appellant of this deficiency in a letter dated October 24, 2016. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—
> at the time an item is presented for filing—whatever fees are required by statute
> or Supreme Court order. The appellate court may enforce this rule by any order
> that is just.

TEX. R. APP. P. 5.

We therefore **order** Rodriguez must either (1) pay the filing fee or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee by **November 28, 2016**. *See* TEX. R. APP. P. 20.1 (as amended, eff. 9/1/2016). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court